## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Joseph E. Stahurski**                    **BK NO. 19-00120 MJC**
                    **Debtor(s)**

                                                 **Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Mid America Mortgage, Inc. and index same on the master mailing list.



Respectfully submitted,


/s/ Rebecca Solarz

Rebecca Solarz
05 Nov 2021, 12:25:29, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 3cca5941b98d1e534c52fa109d6ad0f7a78c8938999b2a062b632a7b93ab3f9