IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                   Case No. 19-bk-00120-MJC
                                                               Chapter 13

Joseph E. Stahurski

Debtor(s).

## **NOTICE OF APPEARANCE**

**LOANCARE, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                                 **Steven K. Eisenberg, Esquire**
                                 **Stern & Eisenberg, PC**
                                 **1581 Main Street, Suite 200**
                                 **The Shops at Valley Square**
                                 **Warrington, PA 18976**

                                 By:   /s/ Steven K. Eisenberg
                                       Steven K. Eisenberg, Esquire
                                       Bar No: 75736
                                       Stern & Eisenberg, PC
                                       1581 Main Street, Suite 200
                                       The Shops at Valley Square
                                       Warrington, PA 18976
                                       Phone: (215) 572-8111
                                       Fax: (215) 572-5025
                                       seisenberg@sterneisenberg.com
                                       Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 12th day of January, 2022, to the following:

John Fisher
126 South Main Street
Pittston, PA 18640
johnvfisher@yahoo.com
*Attorney for Debtor(s)*


Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
*Chapter 13 Trustee*


Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*



and by standard first class mail postage prepaid to:

Joseph E. Stahurski
95 Country Club Estates
65 Floral Drive 1
Thornhurst, PA 18424

*Debtor(s)*


                                            By:       /s/ Steven K. Eisenberg
                                                          Steven K. Eisenberg, Esquire