United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 19-00120-MJC
Joseph E Stahurski  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 19, 2022     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5300816 | Email/Text: bankruptcy@midamericamortgage.com | Jan 19 2022 18:45:00 | Mid America Mortgage, Inc., PO Box 2229, Addison, TX 75001-2229, Mid America Mortgage, Inc., PO Box 2229, Addison, TX 75001-2229 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Alexandra Teresa Garcia | on behalf of Creditor Mid America Mortgage Inc. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Daniel Philip Jones | on behalf of Creditor LoanCare LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Francis Thomas Tarlecki | on behalf of Creditor Mid America Mortgage Inc. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| | |
|---|---|
| John Fisher | on behalf of Debtor 1 Joseph E Stahurski johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| Marisa Myers Cohen | on behalf of Creditor Mid America Mortgage  Inc. ecfmail@mwc-law.com |
| Rebecca Ann Solarz | on behalf of Creditor Mid America Mortgage  Inc. bkgroup@kmllawgroup.com |
| Steven K Eisenberg | on behalf of Creditor LoanCare  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-00120-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph E Stahurski
95 Country Club Estates
65 Floral Drive 1
Thornhurst PA 18424

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/19/2022.

Name and Address of Alleged Transferor(s):

Claim No. 13: Mid America Mortgage, Inc., PO Box 2229, Addison, TX 75001-2229, Mid America Mortgage, Inc., PO Box 2229, Addison, TX 75001-2229

Name and Address of Transferee:

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452
LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/21/22

Terrence S. Miller
**CLERK OF THE COURT**