United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-00120-MJC
Joseph E Stahurski  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Oct 21, 2022      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph E Stahurski, 95 Country Club Estates, 65 Floral Drive 1, Thornhurst, PA 18424-7996 |
| cr | + | LoanCare, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 5149329 | | Loancare Servicing Center, 3673 Sentara Way STE 303, Virginia Beach VA, 23452 |
| 5174440 | + | Mid America Mortgage, Inc., LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5151271 | + | Mid America Mortgage, Inc., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5149335 | | Nationwide, 1000 Aldeman Drive, Alpharetta GA 30005-4101 |
| 5149334 | | Nationwide, PO Box 13958, Philadelphia PA 19101-3958 |
| 5149337 | + | Nationwide Bank, 1000 Yard Street, Granview Heights OH 43212-3905 |
| 5455106 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5157128 | + | UNIFUND CCR, LLC, TSAROUHIS LAW GROUP, 21 SOUTH 9TH STREET, ALLENTOWN, PA 18102-4861 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 21 2022 22:48:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5169623 | | EDI: ATLASACQU | Oct 21 2022 22:48:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5149324 | + | EDI: CAPITALONE.COM | Oct 21 2022 22:48:00 | Capital One, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 5154979 | | EDI: CAPITALONE.COM | Oct 21 2022 22:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5174471 | + | EDI: CITICORP.COM | Oct 21 2022 22:48:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5149325 | + | EDI: CCS.COM | Oct 21 2022 22:48:00 | Credit Collection Service, PO Box 607, Norwood MA 02062-0607 |
| 5149326 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 21 2022 18:53:53 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 5149327 | | EDI: DISCOVER.COM | Oct 21 2022 22:48:00 | Discover, PO Box 15316, Wilmington DE 19850 |
| 5171188 | | EDI: DIRECTV.COM | Oct 21 2022 22:48:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5151088 | | EDI: DISCOVER.COM | Oct 21 2022 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5149328 | + | EDI: PHINGENESIS | Oct 21 2022 22:48:00 | Kay Jewelers, PO Box 4485, Beaverton, OR 97076-4485 |
| 5149332 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5149331 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2022 18:54:01 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville SC 29602-1269 |
| 5149330 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2022 18:53:54 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5156989 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2022 18:53:55 | LVNV Funding, PO Box 10497, Greenville SC 29603-0497 |
| | | | Oct 21 2022 18:53:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5455867 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 21 2022 18:47:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5455866 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 21 2022 18:47:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5155055 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 21 2022 18:54:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5149333 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 21 2022 18:53:53 | Merrick Bank, 10705 S Jordan Gtwy, Suite 200, South Jordan, UT 84095-3977 |
| 5300816 | | Email/Text: bankruptcy@midamericamortgage.com | Oct 21 2022 18:47:00 | Mid America Mortgage, Inc., PO Box 2229, Addison, TX 75001-2229, Mid America Mortgage, Inc., PO Box 2229, Addison, TX 75001-2229 |
| 5453628 | | Email/Text: bankruptcy@midamericamortgage.com | Oct 21 2022 18:47:00 | Mid America Mortgage, Inc., PO Box 2229, Addison, Texas 75001-2229 |
| 5300815 | | Email/Text: bankruptcy@midamericamortgage.com | Oct 21 2022 18:47:00 | Mid America Mortgage, Inc., PO Box 2229, Addison, TX 75001-2229 |
| 5149336 | ^ | MEBN | Oct 21 2022 18:47:55 | Nationwide Bank, 1 Nationwide Plaza, Columbus OH 43215-2220 |
| 5149338 | + | EDI: AGFINANCE.COM | Oct 21 2022 22:48:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5157799 | + | EDI: AGFINANCE.COM | Oct 21 2022 22:48:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5247754 | | EDI: PRA.COM | Oct 21 2022 22:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5247755 | | EDI: PRA.COM | Oct 21 2022 22:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5149339 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Oct 21 2022 18:48:00 | Plain Green, 93 Mack Road, Suite 600, PO Box 270, Box Elder MT 59521-0270 |
| 5149340 | | Email/Text: bankruptcy@sequium.com | Oct 21 2022 18:47:00 | Sequium Asset Solutions, 1130 Northchase Pkwy SE, Suite 150, Marietta, GA 30067 |
| 5149341 | | EDI: RMSC.COM | Oct 21 2022 22:48:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5149342 | | EDI: CITICORP.COM | Oct 21 2022 22:48:00 | The Home Depot CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5149343 | + | EDI: WFFC2 | Oct 21 2022 22:48:00 | Wells Fargo, P.O Box 1697, Winterville, NC 28590-1697 |
| 5166190 | + | EDI: WFFC2 | Oct 21 2022 22:48:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5166334 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 2760 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5302779 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5302780 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Alexandra Teresa Garcia | on behalf of Creditor Mid America Mortgage Inc. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian C Nicholas | on behalf of Creditor Mid America Mortgage Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor LoanCare LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Francis Thomas Tarlecki | on behalf of Creditor Mid America Mortgage Inc. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Joseph E Stahurski johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Marisa Myers Cohen | on behalf of Creditor Mid America Mortgage Inc. ecfmail@mwc-law.com |
| Steven K Eisenberg | on behalf of Creditor LoanCare LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Joseph E Stahurski<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8973<br>EIN  \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_\_\_\_<br>EIN  \_\_–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–00120–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph E Stahurski

10/21/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**