# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    JOSEPH E STAHURSKI                             Case No.: 5-19-00120-MJC

                                                                                            Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:                     MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | LOANCARE, LLC |
| Court Claim Number: | 13 |
| Last Four of Loan Number: | 65 Floral Drive - PRE-ARREARS - 7397 |
| Property Address if applicable: | 95 COUNTRY CLUB ESTATES, 65 FLORAL DRIVE 1, THORNHURST, PA18424 |

**PART 2:                     CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $4,663.83 |
| b. | Prepetition arrearages paid by the Trustee: | $4,663.83 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $1,942.55 |
| f. | Postpetition arrearages paid by the Trustee: | $1,942.55 |
| g. | Total b, d, f: | $6,606.38 |

**PART 3:                     POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:                     A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 24, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: LOANCARE, LLC  
Court Claim Number: 13

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1219499 | 07/07/2020 | $205.41 | $0.00 | $205.41 |
| 5200 | 1220546 | 08/12/2020 | $504.00 | $0.00 | $504.00 |
| 5200 | 1221597 | 09/17/2020 | $252.00 | $0.00 | $252.00 |
| 5200 | 1222620 | 10/15/2020 | $254.80 | $0.00 | $254.80 |
| 5200 | 1224386 | 12/10/2020 | $509.60 | $0.00 | $509.60 |
| 5200 | 1226173 | 01/19/2021 | $254.80 | $0.00 | $254.80 |
| 5200 | 1227199 | 02/17/2021 | $254.80 | $0.00 | $254.80 |
| 5200 | 1228207 | 03/17/2021 | $254.80 | $0.00 | $254.80 |
| 5200 | 1229229 | 04/15/2021 | $254.80 | $0.00 | $254.80 |
| 5200 | 2000603 | 05/18/2021 | $263.20 | $0.00 | $263.20 |
| 5200 | 2001618 | 06/16/2021 | $263.20 | $0.00 | $263.20 |
| 5200 | 2002595 | 07/14/2021 | $263.20 | $0.00 | $263.20 |
| 5200 | 2003658 | 08/18/2021 | $263.20 | $0.00 | $263.20 |
| 5200 | 2004670 | 09/14/2021 | $263.20 | $0.00 | $263.20 |
| 5200 | 2005712 | 10/14/2021 | $273.90 | $0.00 | $273.90 |
| 5200 | 2006745 | 11/16/2021 | $273.90 | $0.00 | $273.90 |
| 5200 | 9014725 | 09/13/2022 | $55.02 | $0.00 | $55.02 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOSEPH E STAHURSKI   Case No.: 5-19-00120-MJC
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| JOHN FISHER<br>126 SOUTH MAIN STREET<br>PITTSTON PA, 18640- | SERVED ELECTRONICALLY |
| LOANCARE LLC<br>3637 SENTRA WAY<br>VIRGINIA BEACH, VA, 23452 | SERVED BY 1ST CLASS MAIL |
| JOSEPH E STAHURSKI<br>95 COUNTRY CLUB ESTATES<br>65 FLORAL DRIVE 1<br>THORNHURST, PA 18424 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 24, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com