| | |
|---|---|
| In re: | Case No. 19-00120-MJC |
| Joseph E Stahurski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 18, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | LoanCare, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Alexandra Teresa Garcia | on behalf of Creditor Mid America Mortgage Inc. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian C Nicholas | on behalf of Creditor Mid America Mortgage Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor LoanCare LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Francis Thomas Tarlecki | on behalf of Creditor Mid America Mortgage Inc. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

John Fisher
on behalf of Debtor 1 Joseph E Stahurski johnvfisher@yahoo.com fisherlawoffice@yahoo.com

Marisa Myers Cohen
on behalf of Creditor Mid America Mortgage Inc. ecfmail@mwc-law.com

Steven K Eisenberg
on behalf of Creditor LoanCare LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly
on behalf of Creditor LoanCare LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Joseph E. Stahurski, | Bankruptcy Case: 19-00120-MJC |
| Debtor(s) | Judge: Mark J. Conway |

### O R D E R

Upon consideration of the Motion of LoanCare, LLC to Extend Time to file its Response to Notice of Final Cure for a period of fourteen (14) days pursuant to Fed. R. Bankr. P. 9006(b)(1), Dkt. # 78 ("Motion"), and any responses thereto, it is hereby **ORDERED** that said Motion is **DENIED**, as moot.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: November 18, 2022